**MICHELE L. KOHLER, OSB No. 943598**
MICHELE L. KOHLER, P.C.
205 SE Spokane Street, Suite 300
Portland, Oregon 97202
[503] 219-9300
[503] 345-9622
michele.kohler@comcast.net

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**ENRIQUE SALCEDO DURON,**

Defendant.

No. 3:24-CR-00392-AB-01

**DEFENDANT'S SENTENCING MEMORANDUM**

**Sentencing: November 12, 2027**

Enrique Salcedo Duron will appear before this Court on Thursday, November 12, 2027, for sentencing in the above-captioned matter for Possession with Intent to be Distributed Methamphetamine in violation of 21 U.S.C. §841(a)(1) and (b)(1)(A)(viii). For the reasons outlined in the sentencing materials before the Court, Mr. Salcedo Duron respectfully seeks a sentence of 36 months followed by a five-year term of supervised release and a $100 fee assessment.

//



Michele L. Kohler, P.C
Attorney at Law.
205 SE Spokane Street, Ste. 300
Portland OR 97202
(503) 219-9300

## TERMS OF THE PLEA AGREEMENT

The terms of the plea agreement signed by the parties consisted of Mr. Salcedo Duron's plea to single-count Indictment. Count one charged him with Possession with Intent to Distribute Methamphetamine in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii). The United States Attorney's Office agrees to seek a sentence not to exceed 46 months. Mr. Salcedo-Duron may argue for additional 18 U.S.C. § 3553(a) reductions for a sentence not less than 36 months imprisonment and five (5) years of supervised release and a $100 fee assessment.

## ADVISORY UNITED STATES SENTENCING GUIDELINE CALCULATION

There are no objections to the calculations of the Advisory United States Sentencing Guidelines contained in the Presentence Report.

## LEGAL DISCUSSION

18 U.S.C. §3553 directs the federal court to impose a sentence that is "sufficient, but not greater than necessary" to achieve the purposes of sentencing. The United States Supreme Court in *Pepper v. United States*, 131 S. Ct. 1229, 1240 (2011), reiterated "the principle that 'the punishment should fit the offender and not merely the crime.'" A just and appropriate sentence should comply with the four identified purposes of sentencing: provide just punishment, deterrence, protection of the public and rehabilitation. *Dean v. United States*, 137 S.Ct. 1170, 1175 (2017). In determining the particular sentence to be



Michele L. Kohler, P.C
Attorney at Law.
205 SE Spokane Street, Ste. 300
Portland OR 97202
(503) 219-9300

imposed, the court shall consider the nature and circumstances of the offense and the history and characteristics of the defendant. 18 U.S.C. § 3553(a)(1).

The statute directs the court to begin their analysis of an appropriate sentence with a determination of the advisory sentencing guidelines range established by the United States Sentencing Commission. 18 U.S.C. §3553(a)(4) and (b). *Molina-Martinez v. United States*, 136 S.Ct. 1338, 1345 (2016). Although it is true that the Guidelines are "the framework for sentencing," the district judge "may not presume that the Guidelines range is reasonable but must make an individualized assessment based on the facts presented." *Gall v. United States*, 552 U.S. 38, 39 (2007).

18 U.S.C. §3582(a) is clear in directing the court's analysis of factors to be considered in imposing a term of imprisonment:

> The court, in determining *whether* to impose a term of imprisonment, and, if a term of imprisonment is to be imposed, in determining the length of the term, shall consider the factors set forth in 18 USC §3553(a) to the extent that they are applicable, *recognizing that imprisonment is not an appropriate means of promoting correction and rehabilitation* (emphasis added).

//

//

//

//

//

//



Michele L. Kohler, P.C
Attorney at Law.
205 SE Spokane Street, Ste. 300
Portland OR 97202
(503) 219-9300

**CONCLUSION**

Based upon the sentencing materials before the Court, Mr. Salcedo Duron respectfully requests the Court impose a sentence of 36 months, followed by 5 years supervised release and $100 fee assessment.

DATED this 4th day of November 2026.

Respectfully submitted,

by: *_/s/ Michele L. Kohler_*
MICHELE L. KOHLER, OSB No. 943598
Attorney for Enrique Salcedo Duron

Michele L. Kohler, P.C
Attorney at Law.
205 SE Spokane Street, Ste. 300
Portland OR 97202
(503) 219-9300